**Plaintiff: YANIRA GONZALEZ**

**Defendant: APTTUS CORPORATION**

**PAGE 5- ATTACHMENT FACTS FOR COMPLAINT**

Throughout my employment with the respondent, I was subjected to discrimination on the basis of my age, my se, my disability status, my family status and in retaliation for reporting such behaviors.

In or around March of 2018, I was discriminated against by a South Asian, male counterpart during a call. I complained to my manager, who thereafter advised me to deal with it. Also, in and around March 2018, an Account director again suggested that I learn to deal with an male from India whom I was having difficulties. No investigations were done into my complaints.

In or around April 2018, a male director was hired to replace me on a project that I was managing. We both had similar qualification, expertise and education, yet he was hired at higher salary. I complained about this, but no investigation was done into my complaint.

In or around May 2018, I took a medical leave of absence related to a disability which slowly got worse as time went by without any support from the leadership or HR team.

In or around October 2018, I was assigned to a project with another male Director who was unprepared for a client presentation. I informed my manager of the person's lack of readiness. As before, I was told to just deal with it. However, the respondent/employer used a similar situation as decision driver for my wrongful termination, even though I was the one reporting that the male director was not prepared.

In or around June 2019, I was assigned to replace the person hired in April 2018, at a higher salary than me, because he could not do the job well. I thereafter requested a meeting and I was told to focus on the project and to give lessons learned or follow up on old issues.

On or around November 2019, I requested 2-3 weeks to work from England as I attended to a medical and family issue. This accommodation was denied. A male Director requested similar accommodation, was approved and even socialized using social medial channel.

In or around December 13 2019, I was dismissed during a call with Human Resources, and my director, on the grounds of performance related concerns, and misrepresentation of work location. I was not provided severance, not were my stocks or bonuses awarded to me. The termination letter had multiple false statements and a correction letter has not been issue by respondent to ensure is accurate.

I believe that I have been discriminated against on the basis of my age, in violation of the Age Discrimination in Employment Act of 1967, as amended. I also believe that I have been discriminated against on the basis of sex, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I was been discriminated against on the basis of my disability, in violation of the Americans with Disabilities Act of 1990, as amended. Lastly, I believe that I have been retaliated against for my participation in protected activity, in violation of the statutes.