# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### ZOOM CIVIL MINUTE ORDER

| Case No.: 21-cv-01844-JCS | Case Name: Gonzalez v. Apttus Corporation | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: June 25, 2021 | Time: 6 M |

**Attorney for Plaintiff:** Yanira Gonzalez, pro se
**Attorney for Defendant:** No Appearance

| | |
|---|---|
| **Deputy Clerk:** Karen Hom | **Court Reporter:** Zoom Webinar Time: 3:24-3:30 |

## ZOOM WEBINAR PROCEEDINGS

1. Initial Case Mgmt Conference - Held

### ORDERED AFTER HEARING

Ms. Gonzalez shall have sixty (60) days from today (6/25/21) to serve this case.
Joint case mgmt. conference statement due 8/20/2021.

**CASE CONTINUED TO:**   08/27/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.