# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| **Case No.:** 21-cv-01844-JCS | **Case Name:** Gonzalez v. Apttus Corporation |
|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: August 27, 2021  **Time:** 3 M |

**Attorney for Plaintiff:** Yanira Gonzalez, pro se
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Karen Hom    **Digital Reporter:** Zoom Webinar Time: 3:02-3:05

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING

Ms. Gonzalez will file a motion for entry of default. Once the default has been taken, she can then file a motion for default judgment.

**CASE CONTINUED TO:**   10/29/2021 at 2:00 PM for a further case management conference by Zoom.  Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.