UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANIRA GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>APTTUS CORPORATION,<br><br>    Defendant. | Case No. 21-cv-01844-JCS<br><br>**ORDER TO MEET AND CONFER REGARDING RELIEF FROM DEFAULT**<br><br>Re: Dkt. No. 36 |

The parties are ORDERED to meet and confer via videoconference no later than September 22, 2021 to determine whether Defendant's motion to set aside default can be resolved by agreement. If the parties are able to resolve the issue, they shall file a stipulation to that effect no later than September 29, 2021.

If the parties are not able to reach an agreement, Plaintiff shall file an opposition brief no later than October 6, 2021, and Defendant shall file a reply no later than October 13, 2021.

In light of Defendant's appearance in the case, Plaintiff's motion to allow substitute service on the Secretary of State (dkt. 21) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 15, 2021

JOSEPH C. SPERO
Chief Magistrate Judge