1  Dylan B. Carp (State Bar No. 196846)
   JACKSON LEWIS P.C.
2  50 California Street, 9th Floor
   San Francisco, California 94111-4615
3  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
4  E-mail: Dylan.Carp@jacksonlewis.com

5  Jamie M. Goetz-Anderson (Admitted *Pro Hac Vice*)
   JACKSON LEWIS P.C.
6  PNC Center
   201 E. Fifth Street - 26th Floor
7  Cincinnati, Ohio 45202-4189
   Telephone: (513) 898-0050
8  Facsimile: (513) 898-0051
   E-mail: Jamie.Goetz-Anderson@jacksonlewis.com
9
   Attorneys for Defendant
10 Apttus Corporation

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  Yanira Gonzalez, | Case No. 3:21-cv-01844-JCS |
| 15         Plaintiff, | **UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| 16     v. | |
| 17  Apttus Corporation, aka Conga | Date:       January 28, 2022<br>Time:       2:00p.m.<br>Ctrm.:      Remote Conference |
| 18  Thoma Bravo | Judge:     Hon. Joseph C. Spero, Chief Magistrate Judge |
| 19         Defendant. | |
| 20 | Complaint Filed:   02/10/2021<br>Trial Date:             10/25/2022 |

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

In accordance with the Northern District of California Civil Local Rule 16-10(d), the parties herby submit the following Updated Joint Case Management Statement.

**1.      FURTHER DEVELOPMENTS**

On November 2, 2021, the Court issued its Case Management and Pretrial Order (Doc. No. 47). In accordance with the Case Management and Pretrial Order, the parties exchanged their General Order 71 disclosures by November 22, 2021.

Dated: January 21, 2022                              PLAINTIFF YANIRA GONZALEZ

By:    /s/ Yanira Gonzalez
Yanira Gonzalez
*Pro Se* Plaintiff

Dated: January 21, 2022                              JACKSON LEWIS P.C.

By:    /s/ Jamie M. Goetz-Anderson
Dylan B. Carp
Jamie M. Goetz-Anderson
Attorneys for Defendant
Apttus Corporation

*Pursuant to L.R. 5-1(i)(3), I hereby attest concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of her signature on the document indicated by a conformed signature (/s/) within this e-filed document.*

4886-3260-5706, v. 1