1  Xinying Valerian (State Bar No. 254890)
   xinying@valerian.law
2  Dan L. Gildor (State Bar No. 223027)
   dan@valerian.law
3  VALERIAN LAW, P.C.
   1530 Solano Avenue
4  Albany, CA 94707
   Phone: 510-567-4630
5  Fax: 510-983-4513

6  Attorneys for Plaintiff,
   YANIRA GONZALEZ
7
8  Andrew J. Kozlow (State Bar No. 252295)
   JACKSON LEWIS P.C.
9  50 California Street, 9th Floor
   San Francisco, California 94111-4615
   Telephone: (415) 394-9400
10 Facsimile: (415) 394-9401
   E-Mail: Andrew.Kozlow@jacksonlewis.com
11
12 Attorneys for Defendant,
   APTTUS CORPORATION

13

14

15                      UNITED STATES DISTRICT COURT

16                      NOTHERN DISTRICT OF CALIFORNIA

17 YANIRA GONZALEZ, an individual,          CASE NO.:  3:21-cv-01844-JCS

18                                          [PROPOSED] ORDER RE: DISMISSAL
19                          Plaintiff,
          vs.                              Ctrm.: F – 15th Floor
20                                         Judge:  Hon. Joseph C. Spero,
   APTTUS CORPORATION, d/b/a                       Chief Magistrate Judge
21 CONGA,
                                           Complaint Filed:    02/10/2021
22                          Defendant.     Trial Date:         Not Set

23

24

25

26

27

28
                                                      Case No. 3:21-cv-01844-JCS

                          [PROPOSED] ORDER RE: DISMISSAL

TO PARTIES AND THEIR ATTORNEYS OF RECORDS:

Pursuant to the stipulation of Plaintiff YANIRA GONZALEZ ("Plaintiff") and Defendant APTTUS CORPORATION ("Defendant") (collectively the "Parties"), this action is dismissed with prejudice as to all claims, causes of action, and parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 21, 2024

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

Case No. 3:21-cv-01844-JCS